# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WESTERN OILFIELDS SUPPLY CO., | ) | |
| Plaintiff(s), | ) | 2:09-CV-0286-RLH-LRL |
| vs. | ) | **O R D E R** |
| JERRY W. GOODWIN, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#162, filed March 15, 2010), entered by the Honorable Lawrence R. Leavittm regarding Plaintiff's's Application for Writ of Possession (#80-5). No objection was filed to Magistrate Judge Leavitt's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#162) is ACCEPTED and ADOPTED, Plaintiffs' Application for Writ of Possession is granted.

Dated: April 7, 2010.

*/s/ Roger L. Hunt*
**ROGER L. HUNT**
**Chief U.S. District Judge**