# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Western Oilfields Supply Co

Plaintiff,

V.

Goodwin et al

Defendants.

**ATTORNEY FEES**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-CV-0286 RLH-LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Goodwin's Motion for Attorney's Fees is GRANTED. The Court awards Goodwin $181,530.42 in attorney's fees.

November 3, 2010  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Eileen Sterba  
(By) Deputy Clerk