# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY CO., <br><br>           Plaintiff(s), <br><br>vs. <br><br> JERRY W. GOODWIN, *et al*. <br><br>           Defendant(s). | Case No. 2:09-cv-0286-RLH-LRL <br><br> **O R D E R** <br> (Motion to Increase Supersedeas Bond–#266) |

      Before the Court is Defendants' Motion to Increase Plaintiff's Supersedeas Bond (#266, filed November 16, 2010). Plaintiff filed a Non-Opposition (#268) to the Motion and has filed a Notice of Increase of Supersedeas Bond (#269), increasing the supersedeas bond to $425,000.00.

      Accordingly, and for good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion to Increase Plaintiff's Supersedeas Bond (3266) is granted.

      Dated: January 4, 2011.

                                                _____ <br>
                                                **Roger L. Hunt** <br>
                                                **Chief United States District Judge**