David R. Koch (State Bar No. 8830; E-mail: dkoch@kochsnow.com)
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 110
Henderson, Nevada 89052
Telephone: (702) 318-5040
Facsimile: (702) 318-5039

Stephen Quesenberry (Admitted *Pro Hac Vice*; E-mail: squesenberry@hjslaw.com)
HILL JOHNSON & SCHMUTZ
Riverview Plaza, Suite 300
4844 North 300 West
Provo, Utah 84604
Telephone: (801) 375-6600
Facsimile: (801) 375-3865

Attorneys for Defendants and Counterclaimants
JERRY W. GOODWIN and FLORA E. GOODWIN, d/b/a O BAR CATTLE CO.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY CO., a Delaware corporation and doing business as RAIN FOR RENT,<br><br>Plaintiff,<br><br>v.<br><br>JERRY W. GOODWIN, an individual and doing business as O BAR CATTLE CO., FLORA E. GOODWIN, an individual and doing business as O BAR CATTLE CO., SECURITY WEST FINANCIAL CO., INC., an Idaho Corporation; and DOES 1 through 100, inclusive,<br><br>Defendant(s).<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 2:09-cv-00286-RLH-LRL<br><br><br>**NOTICE OF WITHDRAWAL OF ORDER AND AMENDED JUDGMENT RE: DEFENDANTS JERRY W. GOODWIN AND FLORA E. GOODWIN'S SECOND MOTION FOR ATTORNEYS' FEES**<br><br><br>District Judge:   Hon. Roger L. Hunt<br>Magistrate Judge: Hon. Lawrence R. Leavitt |

PLEASE TAKE NOTICE that Defendants Jerry W. Goodwin and Flora E. Goodwin's by and through their attorney of record, hereby request that the court withdraw their Order and Amended Judgment Re: Defendants Jerry W. Goodwin and Flora E. Goodwin's Second Motion for Attorneys' Fees, document number 276, which was filed on January 17, 2012 and replace it with the Amended Judgment.

DATED this ____ day of January, 2012.

                                              Respectfully submitted,

                                              David R. Koch
                                              KOCH & SCOW LLC

                                              Stephen Quesenberry
                                              HILL JOHNSON & SCHMUTZ

                                              By:   /s/ Stephen Quesenberry
                                                       Stephen Quesenberry
                                              Attorneys for Defendants
                                              JERRY GOODWIN and FLORA GOODWIN,
                                              d/b/a O BAR CATTLE CO.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  January 23, 2012**

2