1  David R. Koch (State Bar No. 8830; E-mail: dkoch@kochsnow.com)
   KOCH & SCOW LLC
2  11500 S. Eastern Avenue, Suite 110
3  Henderson, Nevada 89052
   Telephone: (702) 318-5040
4  Facsimile: (702) 318-5039

5  Stephen Quesenberry (Admitted *Pro Hac Vice*; E-mail: squesenberry@hjslaw.com)
   HILL JOHNSON & SCHMUTZ
6  Riverview Plaza, Suite 300
7  4844 North 300 West
   Provo, Utah 84604
8  Telephone: (801) 375-6600
   Facsimile: (801) 375-3865
9

10 Attorneys for Defendants and Counterclaimants
   JERRY W. GOODWIN and FLORA E. GOODWIN, d/b/a O BAR CATTLE CO.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY CO., a Delaware corporation and doing business as RAIN FOR RENT,<br><br>Plaintiff,<br><br>v.<br><br>JERRY W. GOODWIN, an individual and doing business as O BAR CATTLE CO., FLORA E. GOODWIN, an individual and doing business as O BAR CATTLE CO., SECURITY WEST FINANCIAL CO., INC., an Idaho Corporation; and DOES 1 through 100, inclusive,<br><br>Defendant(s).<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 2:09-cv-00286-RLH-LRL<br><br><br>**AMENDED JUDGMENT**<br><br><br><br>District Judge:   Hon. Roger L. Hunt<br>Magistrate Judge: Hon. Lawrence R. Leavitt |

WHEREFORE, the Ninth Circuit Court of Appeals having granted Defendants Jerry W. Goodwin and Flora E. Goodwin's Second Motion for Attorneys' Fees on January 19, 2012, this Court hereby amends the $181,530.42 award of fees entered on November 30, 2010 (Dkt Entry #259), the $2,812.20 award of trial costs entered on November 10, 2010 (Dkt Entry #261), and the $100,000 jury verdict entered on May 25, 2010 (Dkt Entry #209), and augments these amounts with interest as requested by Defendants in their Second Motion for Attorneys' Fees as follows: Amended judgment in the amount of $346,841.56 is hereby entered against Plaintiff Western Oilfields Supply Co. d/b/a Rain for Rent, and in behalf of Plaintiffs Jerry W. Goodwin and Flora E. Goodwin.

DATED this 23rd day of January.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE